**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Frank J. Peta, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 13-17716 |

ORDER

AND NOW, this *16th* day of *October*           , 2013, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated  9/6/13 and 9/24/13, this case be and the same is hereby DISMISSED.

Magdeline D. Co̶

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:         Chapter 13 Plan
                            Schedules A-J
                            Statement of Financial Affairs
                            Statistical Summary of Certain Liabilities
                            Summary of Schedules
                            Statement of Monthly Income